**In the Matter of Allen W. STEWART.**

**No. 471 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 12, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of January, 1999, a Rule having been entered by this Court on October 30, 1998, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Allen W. Stewart to show cause why he should not be placed on temporary suspension, upon consideration of the responses filed, it is hereby

ORDERED that the Rule is made absolute; Allen W. Stewart is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John D. O'CONNOR, Respondent.**

**No. 485 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 12, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of January, 1999, there having been filed with this Court by John D. O'Connor his verified Statement of Resignation dated November 24, 1998, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of John D. O'Connor be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.